1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERNEST ADOLF SCHAEF, SR.,

　　　　　Petitioner,

　　v.

DEPARTMENT OF CORRECTIONS,

　　　　　Respondent.

Case No.  C05-5461RBL

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

　　The Court, having reviewed the report and recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

　　(1) The Magistrate Judge's report and recommendation is approved and adopted;

　　(2) Petitioner's application to proceed in forma pauperis is DENIED.

　　(3) The Clerk is directed to send copies of this Order to petitioner.

　　DATED this 15th day of August, 2005.

　　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1